UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

FEB 17 2023

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| BRADEN GROUP B.V. and BRADEN AMERICAS, INC.<br><br>Plaintiff,<br><br>v.<br><br>ENERGYLINK INTERNATIONAL INC. and ENERGYLINK CORPORATION<br>Defendant. | C.A. No. _____<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs Braden Group B.V. and Braden Americas, Inc., by and through their counsel, hereby disclose that:

Braden Group B.V. has no parent company. No publicly held corporation owns 10% or more of Braden Group B.V.'s stock.

Braden Americas, Inc. is a wholly owned subsidiary of its parent company, Braden Group B.V. No publicly held corporation owns 10% or more of Braden Americas, Inc.'s stock.

Dated: February 17, 2023  FISH & RICHARDSON P.C.

By: */s/ Bailey K. Benedict*
 Kevin Su, Attorney-in-Charge (*Pro Hac Vice forthcoming*)
 Massachusetts Bar No. 663726
 Adam J. Kessel (*Pro Hac Vice forthcoming*)
 Massachusetts Bar No. 661211
 Philip K. Chen (*Pro Hac Vice forthcoming*)
 Massachusetts Bar No. 703289
 One Marina Park Drive
 Boston, MA 02210
 Tel. (617) 521-7042  Fax. (617) 542-8906
 Email: su@fr.com; kessel@fr.com; pchen@fr.com

 Bailey K. Benedict (admitted in the Southern District of Texas)
 Texas Bar No. 24083139
 S.D. TX Federal ID No. 1725405
 901 Fannin St., 21st Floor
 Houston, TX 77010
 Tel. (713) 654-5399  Fax. (713) 652-0109
 Email: benedict@fr.com

 Kristen McCallion (*Pro Hac Vice forthcoming*)
 New York Bar No. 4428470
 7 Times Square
 20th Floor
 New York, NY 10036
 Tel. (212) 765-5070  Fax. (212) 258-2291
 Email: mccallion@fr.com

*Attorneys for Plaintiffs*
*Braden Europe B.V. and Braden Americas, Inc.*