| TO:<br>**Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

| Action or Appeal? **Action** | Court Name and Location |
|---|---|
| Docket No.<br>4:23−cv−00630 | Date Filed:<br>2/17/2023 | SOUTHERN DISTRICT OF TEXAS<br><br>HOUSTON DIVISION<br>United States District Court<br>515 Rusk Ave<br>Houston, TX 77002 |

| Plaintiff(s)<br>Braden Group B.V., et al. | Defendant(s)<br>Energylink International Inc, et al. |
|---|---|

In compliance with the provisions of 17 U.S.C. § 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

**A copy of the complaint is being mailed with this form.**

| Clerk:<br>Nathan Ochsner, Clerk | By Deputy Clerk:<br>C Krus | Date:<br>2/21/2023 |
|---|---|---|