**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| BRADEN GROUP B.V. and BRADEN AMERICAS, INC.<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ENERGYLINK INTERNATIONAL INC. and ENERGYLINK CORPORATION<br>　　　　　Defendant. | C.A. No. 4:23-cv-630<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFFS' MOTION FOR LEAVE FOR ATTORNEY**
**KEVIN SU TO APPEAR AS ATTORNEY IN CHARGE**

　　Pursuant to Local Rule 83.1K, Plaintiffs Braden Group B.V. and Braden Americas, Inc. (collective, "Braden"), hereby move this Court for leave for Kevin Su to appear as attorney-in-charge for Braden in the above-captioned matter. In support thereof, Braden states as follows:

1. Mr. Su has been an attorney in good standing before the bar of Massachusetts for 18 years. He is admitted to practice also in United States District Court for the Eastern District of Texas, United States District Court for the Western District of Wisconsin, and Court of Appeals for the Federal Circuit.

2. Mr. Su has been admitted *pro hac vice* to practice in various Federal district courts over the span of his legal career. He is currently admitted *pro hac vice* in cases before the Courts of United States District Courts for the Central and Northern Districts of California, United States District Court for the Northern District of Illinois, and United States District Court for the Southern District of New York.

3. Mr. Su has never been the subject of any disciplinary proceedings.

4. Mr. Su has concurrently filed a motion for *pro hac vice* admission to this Court.

5. Mr. Su will be working with Bailey K. Benedict, who has been admitted in the Southern District of Texas, has been active in this district for over a decade, and will serve in an of-counsel role representing Braden pursuant to Local Rule 11.3B.

WHEREFORE, Plaintiff Braden respectfully asks that the Court enter an order granting Mr. Su's request for *pro hac vice* admission, and approving his designation as attorney-in-charge.

Dated: February 21, 2023　　　　　　　　FISH & RICHARDSON P.C.

By: */s/ Bailey K. Benedict*
　　Kevin Su, Attorney-in-Charge (*Pro Hac Vice forthcoming*)
　　Massachusetts Bar No. 663726
　　Adam J. Kessel (*Pro Hac Vice forthcoming*)
　　Massachusetts Bar No. 661211
　　Philip K. Chen (*Pro Hac Vice forthcoming*)
　　Massachusetts Bar No. 703289
　　One Marina Park Drive
　　Boston, MA 02210
　　Tel. (617) 521-7042  Fax. (617) 542-8906
　　Email: su@fr.com; kessel@fr.com; pchen@fr.com

　　Bailey K. Benedict (admitted in the Southern District of Texas)
　　Texas Bar No. 24083139
　　S.D. TX Federal ID No. 1725405
　　901 Fannin St., 21st Floor
　　Houston, TX 77010
　　Tel. (713) 654-5399  Fax. (713) 652-0109
　　Email: benedict@fr.com

　　Kristen McCallion (*Pro Hac Vice forthcoming*)
　　New York Bar No. 4428470
　　7 Times Square
　　20th Floor
　　New York, NY 10036
　　Tel. (212) 765-5070  Fax. (212) 258-2291
　　Email: mccallion@fr.com

　　*Attorneys for Plaintiffs*
　　*Braden Europe B.V. and Braden Americas, Inc.*

3