| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-630 |
|---|---|---|---|

| Braden Group B.V. and Braden Americas, Inc. |
|---|
| *versus* |
| EnergyLink International Inc. and EnergyLink Corporation |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Adam J. Kessel<br>Fish & Richardson P.C.<br>One Marina Park Drive<br>Boston, MA 02210<br>(617) 521-7042; kessel@fr.com<br>Massachusetts Bar No. 661211 |
|---|---|

| Name of party applicant seeks to appear for: | Braden Group B.V. and Braden Americas, Inc. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 2/21/2023 | Signed: | /s/ Adam J. Kessel |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:   Clerk's signature |

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____   _____
United States District Judge