UNITED STATES DISTRICT COURT — SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-630 |
|---|---|---|---|

Braden Group B.V. and Braden Americas, Inc.

*versus*

EnergyLink International Inc. and EnergyLink Corporation

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Kristen McCallion<br>Fish & Richardson P.C.<br>7 Times Square<br>20th Floor<br>New York, NY 10036<br>(212) 765-5070; mccallion@fr.com<br>New York Bar No. 4428470 |

| Name of party applicant seeks to appear for: | Braden Group B.V. and Braden Americas, Inc. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 2/21/2023 | Signed: | /s/ Kristen McCallion |
|---|---|---|

The state bar reports that the applicant's status is:

Dated: _____   Clerk's signature

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____        _____
United States District Judge