United States District Court
Southern District of Texas

**ENTERED**
February 22, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-630 |
|---|---|---|---|

| Braden Group B.V. and Braden Americas, Inc. |
|---|
| *versus* |
| EnergyLink International Inc. and EnergyLink Corporation |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Kristen McCallion<br>Fish & Richardson P.C.<br>7 Times Square<br>20th Floor<br>New York, NY 10036<br>(212) 765-5070; mccallion@fr.com<br>New York Bar No. 4428470 |
|---|---|

| Name of party applicant seeks to appear for: | Braden Group B.V. and Braden Americas, Inc. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 2/21/2023 | Signed: | /s/ Kristen McCallion |
|---|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 2/21/23 | Clerk's signature |

| **Order** |
|---|

Dated: _____2/21/2023_____

**This lawyer is admitted *pro hac vice*.**

_____
United States District Judge