AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| Braden Group B.V. and Braden Americas, Inc. <br><br> *Plaintiff(s)* <br> v. <br> EnergyLink International Inc. and EnergyLink Corporation <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. **4:23cv630** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  EnergyLink Corporation
Suite 700, 555 4th Ave SW
Calgary, Alberta
T2P 3E7

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Bailey K. Benedict
Fish & Richardson P.C.
901 Fannin St., 21st Floor
Houston, TX 77010
benedict@fr.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: February 21, 2023

*s/ C Krus*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

    ❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

    ❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

    ❐ I returned the summons unexecuted because _____ ; or

    ❐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

                                    _____
                                          *Server's signature*

                                    _____
                                          *Printed name and title*


                                    _____
                                           *Server's address*

Additional information regarding attempted service, etc:

## VERIFIED RETURN OF SERVICE

Job # ORL230615

**Client Info:**

FISH & RICHARDSON P.C.
ONE MARINA PARK DR
BOSTON, Florida  02210

**Case Info:**

| | |
|---|---|
| **PLAINTIFF:**<br>BRADEN GROUP B.V.; ET AL.<br>-versus-<br>**DEFENDANT:**<br>ENERGYLINK INTERNATIONAL INC; ET AL. | USDC FOR THE SOUTHERN DISTRICT OF TEXAS<br>Court Division: HOUSTON DIVISION<br><br>Court Case # **4:23-cv-00630** |

**Service Info:**

**Received by Sam Staton:** on February, 22nd 2023 at **02:11 PM**
**Service:** I Served **ENERGYLINK CORPORATION**
With: **SUMMONS IN A CIVIL ACTION; COMPLAINT; EXHIBITS; CIVIL COVER SHEET; PLAINTIFFS CORPORATE DISCLOSURE STATEMENT; REPORT ON THE FILING OR DETERMINATION OF AN ACTIO OR APPEAL REGARDING A COPYRIGHT**
by leaving with **Robert Reddekopp, DIRECTOR OF MARKETING & INTERNATIONAL OPERATIONS**

**At Business ORANGE COUNTY CONVENTION CENTER, 9800 INTERNATIONAL DR ORLANDO, FL 32819**
On **2/22/2023** at **03:31 PM**
**Manner of Service: CORPORATE**
CORPORATE SERVICE: F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3)

**Served Description:  (Approx)**

Age: **55**, Sex: **Male**, Race: **White-Caucasian**, Height: **6' "**, Weight: **180**, Hair: **Brown** Glasses:  **No**

I **Sam Staton** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

*Sam Staton* (signature)

**Sam Staton**
Lic # **482**

**ACCURATE SERVE ORLANDO**
424 E CENTRAL BLVD, SUITE 304
Orlando, FL 32801
Phone: (407) 868-5992

Our Job # **ORL230615**




1 of 1