United States District Court
Southern District of Texas
**ENTERED**
February 27, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **BRADEN GROUP B.V.,** *et al.*, | § § § § | |
| Plaintiffs, | | |
| VS. | § § | CIVIL ACTION NO. 4:23-CV-00630 |
| **ENERGYLINK INTERNATIONAL INC,** *et al.*, | § § § § § | |
| Defendants. | | |

## ORDER

Plaintiff filed a Motion for Leave for Attorney Su to Appear as Attorney in Charge. (Doc. 5.) The Motion is **GRANTED**.

**IT IS SO ORDERED**.

Signed at Houston, Texas on February 21, 2023.

_____
Keith P. Ellison
United States District Judge