UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRADEN GROUP B.V. and BRADEN AMERICAS, INC.<br><br>Plaintiff,<br><br>v.<br><br>ENERGYLINK INTERNATIONAL INC. and ENERGYLINK CORPORATION<br>Defendant. | C.A. No. 4:23-cv-00630<br><br>JURY TRIAL DEMANDED |

**NOTICE OF PROOF OF SERVICE OF ORDER FOR
CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES (DKT. 16)
AND COURT PROCEDURES OF JUDGE KEITH P. ELLISON**

Pursuant to the Court Procedures of Judge Keith P. Ellison, Plaintiffs Braden Group B.V. and Braden Americas, Inc. hereby certify that on February 24, 2023 they served the following documents on counsel for Defendants by email:

- Court Procedures of Judge Keith P. Ellison
- Order for Conference and Disclosure of Interested Parties (Dkt. 16)
- Complaint with Exhibits A-J (Dkt. 1)
- Civil Cover Sheet (Dkt. 1-1)
- Summons Issued to EnergyLink Corp (Dkt. 4)
- Summons Issued to EnergyLink Intl. (Dkt. 4)

Counsel for Defendants confirmed that they would accept service of these documents via email. Proof of service, and confirmation of acceptance of service, are attached as Exhibits hereto.

Dated: February 28, 2023                    FISH & RICHARDSON P.C.

By: */s/ Bailey K. Benedict*
    Kevin Su, Attorney-in-Charge (*Pro Hac Vice*)
    Massachusetts Bar No. 663726
    Adam J. Kessel (*Pro Hac Vice*)
    Massachusetts Bar No. 661211
    Philip K. Chen (*Pro Hac Vice)*
    Massachusetts Bar No. 703289
    One Marina Park Drive
    Boston, MA 02210
    Tel. (617) 521-7042  Fax. (617) 542-8906
    Email: su@fr.com; kessel@fr.com; pchen@fr.com

    Bailey K. Benedict (admitted in the Southern District of Texas)
    Texas Bar No. 24083139
    S.D. TX Federal ID No. 1725405
    901 Fannin St., 21st Floor
    Houston, TX 77010
    Tel. (713) 654-5399  Fax. (713) 652-0109
    Email: benedict@fr.com

    Kristen McCallion (*Pro Hac Vice*)
    New York Bar No. 4428470
    7 Times Square
    20th Floor
    New York, NY 10036
    Tel. (212) 765-5070  Fax. (212) 258-2291
    Email: mccallion@fr.com

    *Attorneys for Plaintiffs*
    *Braden Europe B.V. and Braden Americas, Inc.*