# EXHIBIT A

| | |
|---|---|
| **From:** | Kevin Su |
| **Sent:** | Friday, February 24, 2023 12:28 PM |
| **To:** | Kirsch, Kevin W. |
| **Cc:** | Donley, Billy; Smith, Mark E.; Samuels, Andrew; Service-FR Braden-EnergyLink |
| **Subject:** | RE: EnergyLink v. Braden Europe |

Hi Kevin,

In advance of our call shortly, I'm sending you a copy of Judge Ellison's CMC order and his rules (along with all of our complaint materials again). We are required to file a "proof reflecting service" of the CMC order and his rules. I understand it is routine to serve these on counsel by email, and ask for a return email from you confirming (1) that you represent the defendants and (2) that you have received the documents.

https://send.fr.com/message/H7TZ60L5v9LURfYRDDA1NP

We can discuss on the call.

Kevin