# EXHIBIT B

| | |
|---|---|
| **From:** | Kirsch, Kevin W. <kkirsch@bakerlaw.com> |
| **Sent:** | Monday, February 27, 2023 2:55 PM |
| **To:** | Kevin Su |
| **Cc:** | Donley, Billy; Smith, Mark E.; Samuels, Andrew; Service-FR Braden-EnergyLink |
| **Subject:** | RE: EnergyLink v. Braden Europe |

Kevin,

We are fine with accepting service of the CMC Order and the Court's local rules by email to our team.

All the best,

Kevin