# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| BRADEN GROUP B.V. and BRADEN AMERICAS, INC.<br><br>Plaintiff,<br><br>v.<br><br>ENERGYLINK INTERNATIONAL INC. and ENERGYLINK CORPORATION<br>Defendant. | C.A. No. 4:23-cv-00630 |

## PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES

Pursuant to the Court's Order for Conference and Disclosure of Interested Parties (Dkt. 16), Plaintiffs Braden Group B.V. and Braden Americas, Inc. hereby certify that the following entities are financially interested in the outcome of this litigation: Particon B.V., NV Limburg Institute Voor Ontwikkeling en Financering, and Truso Nederland B.V. None of the foregoing entities are publicly traded. Thomas Breuer is the sole shareholder of Truso Nederland B.V.

Dated: March 6, 2023 FISH & RICHARDSON P.C.

By: */s/ Bailey K. Benedict*
Kevin Su, Attorney-in-Charge (*Pro Hac Vice*)
Massachusetts Bar No. 663726
Adam J. Kessel (*Pro Hac Vice*)
Massachusetts Bar No. 661211
Philip K. Chen (*Pro Hac Vice*)
Massachusetts Bar No. 703289
One Marina Park Drive
Boston, MA 02210
Tel. (617) 521-7042  Fax. (617) 542-8906
Email: su@fr.com; kessel@fr.com; pchen@fr.com

Bailey K. Benedict (admitted in the Southern District of Texas)
Texas Bar No. 24083139
S.D. TX Federal ID No. 1725405
901 Fannin St., 21st Floor
Houston, TX 77010
Tel. (713) 654-5399  Fax. (713) 652-0109
Email: benedict@fr.com

Kristen McCallion (*Pro Hac Vice*)
New York Bar No. 4428470
7 Times Square
20th Floor
New York, NY 10036
Tel. (212) 765-5070  Fax. (212) 258-2291
Email: mccallion@fr.com

*Attorneys for Plaintiffs*
*Braden Europe B.V. and Braden Americas, Inc.*