UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-00630 |
|---|---|---|---|

| Braden Group B.V. and Braden Americas, Inc. |
|---|
| *versus* |
| EnergyLink International Inc. and EnergyLink Corporation |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Kevin W. Kirsch<br>Baker & Hostetler LLP<br>200 Civic Center Drive, Suite 1200<br>Columbus, Ohio 43215<br>614-228-1541, kkirsch@bakerlaw.com<br>Ohio Bar No. 81996; Cal. Bar No. 166184 |
|---|---|

| Name of party applicant seeks to appear for: | Defendants EnergyLink International Inc. and EnergyLink Corporation |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓____<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:   3/14/2023 | Signed:   /s/ Kevin W. Kirsch |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____        _____
United States District Judge