United States District Court
Southern District of Texas

**ENTERED**
March 14, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-00630 |
|---|---|---|---|

| Braden Group B.V. and Braden Americas, Inc. |
|---|
| *versus* |
| EnergyLink International Inc. and EnergyLink Corporation |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Kevin W. Kirsch<br>Baker & Hostetler LLP<br>200 Civic Center Drive, Suite 1200<br>Columbus, Ohio 43215<br>614-228-1541, kkirsch@bakerlaw.com<br>Ohio Bar No. 81996; Cal. Bar No. 166184 |
|---|---|

| Name of party applicant seeks to appear for: | Defendants EnergyLink International Inc. and EnergyLink Corporation |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 3/14/2023 | Signed: /s/ Kevin W. Kirsch |
|---|---|

The state bar reports that the applicant's status is:   Active

| Dated: 3/14/23 | Clerk's signature |
|---|---|

## Order

This lawyer is admitted *pro hac vice*.

Dated: March 14, 2023

United States District Judge