AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| Braden Group B.V. and Braden Americas, Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 4:23-cv-00630 |
| EnergyLink International Inc. and EnergyLink Corporation ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Braden Group B.V. and Braden Americas, Inc.

Date: 03/15/2023

/s/ Bailey K. Benedict
*Attorney's signature*

Bailey K. Benedict, Texas Bar No. 24083139
*Printed name and bar number*

Fish & Richardson P.C.
909 Fannin St., 21st Floor
Houston, TX 77010
*Address*

benedict@fr.com
*E-mail address*

(713) 654-5300
*Telephone number*

(713) 652-0109
*FAX number*