AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| Braden Group B.V. and Braden Americas, Inc.<br>*Plaintiff*<br>v.<br>EnergyLink International Inc. and EnergyLink Corporation<br>*Defendant* | Case No. 4:23-cv-00630 |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Braden Group B.V. and Braden Americas, Inc.

Date:    03/15/2023

/s/ Joshua Park
*Attorney's signature*

Joshua Park, Texas Bar No. 24121766
*Printed name and bar number*

Fish & Richardson P.C.
909 Fannin St., 21st Floor
Houston, TX 77010

*Address*

jpark@fr.com
*E-mail address*

(713) 654-5300
*Telephone number*

(713) 652-0109
*FAX number*