Exhibit 1

**From:** Kevin Su <Su@fr.com>
**Sent:** Tuesday, March 14, 2023 4:04 PM
**To:** Kirsch, Kevin W. <kkirsch@bakerlaw.com>; Donley, Billy <BDonley@Bakerlaw.com>;
Smith, Mark E. <mesmith@bakerlaw.com>; Samuels, Andrew <asamuels@bakerlaw.com>
**Cc:** Service-FR Braden-EnergyLink <ServiceFRBraden-EnergyLink@fr.com>
**Subject:** RE: EnergyLink v. Braden Europe

Dear Kevin,

We have been endeavoring to get a proposed amendment to you today, but with our motion to dismiss due today and our client based in Europe, it is not likely to get to a version that can be shared with you today. Given the hour, we will see what your motion to dismiss says once it is on file, and propose amendments to address your alleged pleading deficiencies thereafter.

In the meantime, concerning your proposed motion to dismiss on Braden's pleading of ownership first identified to us on Friday, March 10, please see the attached agreement as a courtesy copy. It is provided to you on a CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY basis per the standard SDTX protective order. To be clear, you cannot share this with your client. We will be attaching this to the amended complaint under seal, and otherwise making an official production when discovery is open. This courtesy copy is not a concession that one-sided early discovery is appropriate in the case, but is provided to moot this aspect of your motion to dismiss.

Kevin