IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRADEN GROUP B.V. <br> and BRADEN AMERICAS, INC. <br>    Plaintiffs <br><br> v. <br><br> ENERGYLINK INTERNATIONAL INC. <br> and ENERGYLINK CORPORATION <br>    Defendants | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No. 4:23-cv-00630 <br><br> Judge Keith P. Ellison |

**[PROPOSED]**
**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AND TO STAY**

Upon consideration of Defendants' motion to dismiss and to stay, IT IS ORDERED that Defendants' motion to dismiss is GRANTED. Plaintiffs' complaint (Doc. No. 1) is DISMISSED.

Ordered this _____ day of _____, 2023.

_____
JUDGE KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE