IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRADEN GROUP B.V. <br> and BRADEN AMERICAS, INC. <br>    Plaintiffs <br><br> v. <br><br> ENERGYLINK INTERNATIONAL INC. <br> and ENERGYLINK CORPORATION <br>    Defendants | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No. 4:23-cv-00630 <br><br> Judge Keith P. Ellison |

## CORPORATE DISCLOSURE STATEMENT

Under Federal Rule of Civil Procedure 7.1, Defendants EnergyLink International Inc. and EnergyLink Corporation disclose that each has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: March 15, 2023

Respectfully submitted,

BAKER & HOSTETLER LLP

*/s/ Billy M. Donley*
Billy M. Donley, *attorney-in-charge*
Texas Bar No. 05977085
Mark E. Smith, *of counsel*
Texas Bar No. 24070639
811 Main Street, Suite 1100
Houston, Texas 77002
T (713) 751-1600
F (713) 751-1717

Kevin W. Kirsch, *of counsel*
(admitted *pro hac vice*)
Ohio Bar No. 81996
Andrew E. Samuels, *of counsel*
(admitted *pro hac vice*)
Ohio Bar No. 90189
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215
T (614) 228-1541
F (614) 462-2616

*Attorneys for Defendants*
*EnergyLink International Inc.*
*and EnergyLink Corporation*

## CERTIFICATE OF SERVICE

Under Federal Rule of Civil Procedure 5(b) and LR 5.1, I certify that a true and correct copy of the foregoing was served upon all counsel of record via the Court's electronic filing system on March 15, 2023.

/s/ Billy M. Donley