IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRADEN GROUP B.V. § | | Civil Action No. 4:23-cv-00630 |
| and BRADEN AMERICAS, INC. § | | |
|   Plaintiffs § | | Judge Keith P. Ellison |
| § | | |
| v. § | | |
| § | | |
| ENERGYLINK INTERNATIONAL INC. § | | |
| and ENERGYLINK CORPORATION § | | |
|   Defendants § | | |

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION
### TO SEAL THEIR MOTION TO DISMISS AND EXHIBIT 2 TO MOTION

Upon consideration of Defendants' unopposed motion to seal their motion to dismiss and Exhibit 2 to the motion, IT IS ORDERED that Defendants' motion is GRANTED. The Clerk of the Court is hereby ORDERED to file under seal Defendants' motion to dismiss and Exhibit 2 to the motion.

Ordered this 16th day of March, 2023.

_____
JUDGE KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE