AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| Braden Group B.V. and Braden Americas Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 4:23-cv-00630 |
| EnergyLink International Inc. and EnergyLink Corp. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants EnergyLink International Inc. and EnergyLink Corporation.

Date: 03/17/2023

s/ Mark E. Smith
*Attorney's signature*

Mark E. Smith, of counsel (Texas Bar No. 24070639)
*Printed name and bar number*

Baker & Hostelter LLP
811 Main Street, Suite 1100
Houston, Texas 77002

*Address*

mesmith@bakerlaw.com
*E-mail address*

(713) 751-1600
*Telephone number*

(713) 751-1717
*FAX number*