# EXHIBIT A-1



