# EXHIBIT B

| | |
|---|---|
| **From:** | Jimmy Rich <jimmy@ausmanufacturing.com> |
| **Sent:** | Tuesday, February 18, 2020 2:20 PM |
| **To:** | Bob McGinty |
| **Subject:** | FW: EnergyLink New Piping Arrangement |
| **Attachments:** | 19011-CS1-3072_0.pdf; 19011-CS1-3070_0.pdf; 19011-CS1-3071_0.pdf; BUSA 52409 External Ammonia Piping - Drawing Package_ 5.pdf |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Next email with drawings…..

Best Regards,

Jimmy Rich
President
PCI/AUS Manufacturing Company
704 W. Hwy 90
Bonifay, Florida 32425
P: 850-547-1660
F: 850-547-1216
C: 850-415-0300
Email: jimmy@ausmanufacturing.com
Web: http://www.ausmanufacturing.com



**From:** Colin Bannon [mailto:Colin.Bannon@energylinkcorp.com]
**Sent:** Friday, February 7, 2020 2:36 PM
**To:** Jimmy Rich <jimmy@ausmanufacturing.com>; 'Kathy Revels' <kathy@ausmanufacturing.com>
**Subject:** RE: EnergyLink New Piping Arrangement

Jim,
The quantities are shown in the detail drawings. Please list all exclusions.

Also, you did express an interest in the ammonia skids. We don't have the time or resources to design a new EnergyLink skid for this project so we are going back to the original supplier for the 2017 project. Maybe in the near future we will get our own unit designed.

Colin Bannon
Colin.Bannon@EnergyLinkCorp.com

www.EnergyLinkCorp.com

---

**From:** Jimmy Rich <jimmy@ausmanufacturing.com>
**Sent:** Friday, February 7, 2020 2:10 PM
**To:** Colin Bannon <Colin.Bannon@energylinkcorp.com>; 'Kathy Revels' <kathy@ausmanufacturing.com>
**Cc:** Jeff Wirt <jeff.wirt@energylinkcorp.com>; Jim Johnson <jim.johnson@energylinkcorp.com>; Ken Thompson <ken.thompson@energylinkcorp.com>
**Subject:** RE: New RFQ from Energy Link Corp.---------- Revised Quote --------

Colin,

Yes…. I can requote…….pretty much a necessity if you've changed the picture. I would have been spinning my wheels to a degree to just be looking at the original cut in half…..and trying to adjust……….correct? Please send the latest revision ASAP.

Best Regards,

Jimmy Rich
President
PCI/AUS Manufacturing Company
704 W. Hwy 90
Bonifay, Florida 32425
P: 850-547-1660
F: 850-547-1216
C: 850-415-0300
Email: jimmy@ausmanufacturing.com
Web: http://www.ausmanufacturing.com



---

**From:** Colin Bannon [mailto:Colin.Bannon@energylinkcorp.com]
**Sent:** Friday, February 7, 2020 12:30 PM
**To:** Jimmy Rich <jimmy@ausmanufacturing.com>; 'Kathy Revels' <kathy@ausmanufacturing.com>
**Cc:** Jeff Wirt <jeff.wirt@energylinkcorp.com>; Jim Johnson <jim.johnson@energylinkcorp.com>; Ken Thompson <ken.thompson@energylinkcorp.com>
**Subject:** RE: New RFQ from Energy Link Corp.---------- Revised Quote --------

The project team is working on the schedule.
Do you have time and resources to quote? There have been changes to the original design you quoted. It's a smaller pipe arrangement and the cost we carried is lower than your last quote.
I can send the new drawings.

Colin Bannon
Colin.Bannon@EnergyLinkCorp.com

2

**www.EnergyLinkCorp.com**

---

**From:** Jimmy Rich <jimmy@ausmanufacturing.com>
**Sent:** Friday, February 7, 2020 1:20 PM
**To:** Colin Bannon <Colin.Bannon@energylinkcorp.com>; 'Kathy Revels' <kathy@ausmanufacturing.com>
**Cc:** Jeff Wirt <jeff.wirt@energylinkcorp.com>; Jim Johnson <jim.johnson@energylinkcorp.com>; Ken Thompson <ken.thompson@energylinkcorp.com>
**Subject:** RE: New RFQ from Energy Link Corp.---------- Revised Quote --------

Colin,

Coming from the job standpoint………what type of lead time do we have?.........I'm hoping what I've suggested will work.

Best Regards,

Jimmy Rich
President
PCI/AUS Manufacturing Company
704 W. Hwy 90
Bonifay, Florida 32425
P: 850-547-1660
F: 850-547-1216
C: 850-415-0300
Email: jimmy@ausmanufacturing.com
Web: http://www.ausmanufacturing.com



---

**From:** Jimmy Rich [mailto:jimmy@ausmanufacturing.com]
**Sent:** Wednesday, February 5, 2020 3:15 PM
**To:** 'Colin Bannon' <Colin.Bannon@energylinkcorp.com>; 'Kathy Revels' <kathy@ausmanufacturing.com>
**Cc:** 'Jeff Wirt' <jeff.wirt@energylinkcorp.com>; 'Jim Johnson' <jim.johnson@energylinkcorp.com>; 'Ken Thompson' <ken.thompson@energylinkcorp.com>
**Subject:** RE: New RFQ from Energy Link Corp.---------- Revised Quote --------

Colin,

Sorry………On the question of lead time…..and looking at only 6 units now…..we can come in close to 6-8 weeks max. …… the funding logistics will play an important role…..to get the materials here.

Best Regards,

Jimmy Rich
President

PCI/AUS Manufacturing Company
704 W. Hwy 90
Bonifay, Florida 32425
P: 850-547-1660
F: 850-547-1216
C: 850-415-0300
Email: jimmy@ausmanufacturing.com
Web: http://www.ausmanufacturing.com



---

**From:** Colin Bannon [mailto:Colin.Bannon@energylinkcorp.com]
**Sent:** Wednesday, February 5, 2020 11:29 AM
**To:** Jimmy Rich <jimmy@ausmanufacturing.com>; Kathy Revels <kathy@ausmanufacturing.com>
**Cc:** Jeff Wirt <jeff.wirt@energylinkcorp.com>; Jim Johnson <jim.johnson@energylinkcorp.com>; Ken Thompson <ken.thompson@energylinkcorp.com>
**Subject:** RE: New RFQ from Energy Link Corp.---------- Revised Quote --------

Good afternoon Jimmy,

Since we last spoke, we have been awarded one of the projects you quoted for us below.
We have a very tight delivery requirement for 6 units. The quantities quoted below are for 12. Therefore, please divide the quantities in half.

What is your turnaround time for 6 units? We are prepared to issue a purchase order by the end of next week.

Regards,
Colin Bannon
Colin.Bannon@EnergyLinkCorp.com

www.EnergyLinkCorp.com

---

**From:** Jimmy Rich <jimmy@ausmanufacturing.com>
**Sent:** Thursday, July 25, 2019 11:10 AM
**To:** 'Colin Bannon' <Colin.Bannon@energylinkcorp.com>
**Cc:** 'Jeff Wirt' <jeff.wirt@energylinkcorp.com>; 'Jim Johnson' <jim.johnson@energylinkcorp.com>; 'Ken Thompson' <ken.thompson@energylinkcorp.com>; Kathy Revels <kathy@ausmanufacturing.com>
**Subject:** RE: New RFQ from Energy Link Corp.---------- Revised Quote --------

Colin,

We first appreciate the opportunity to quote. We've done allot of complete SCR packages……starting from mixing and pump skids prior to the piping…..to any brackets and plate required to mount to the exhaust duct. We'll be happy to look at any of this other than the piping. On Skids….if you drop ship all the major purchase items….we'll bring it together with the structural, piping and even electrical.

4

I've made the allowance for 1 less on the Lances and associated piping and taken any efficiency gains into consideration. The original quote was 2 units and there's already multiples or repeats in the design of these piping packages. I've copied, pasted and edited quantities from previous quote below:

12 pcs…….12" Vertical Header per 10699-CS3401
12 pcs…….10" Spool per 10699-CS3421
12 pcs…….10" Spool per 10699-CS3422
108 pcs……4"- 90 deg. Spool per 10699-CS3412………AUS supply material & Labor for all the above.
108 pcs…..4" Orifice Spool per 10699-CS3413……AUS supply Flange & Pipe for rigid end and labor to finish spools 100%
Item #3 Gauge Support and Orifice Plate #8 (we laser both)
Item #2 & #11 Tube & Nipple

Total……………………$73,873.00 per unit………… (total…..$886,476.00)

FOB……Bonifay, FL……….Palletized for shipment (we'll shoot for 4 loads max – tarped)

Delivery: Inside 5 mo. requirement

Energy Link supply: Flex w/flange Item 12
Orifice Flange w/hardware & gaskets Items 10,4,5,6, & 7
Swagelok tube & fittings Items 13 & 14
Item 15 - 3 Valve Manifold & DP Gauge

Terms: With increase in size of project we can break up to 25% @ award of PO…….25% progress pay 3 months after start……25% @ delivery…..net 30 on final 25%.........all negotiable to a degree.

In honestly …….job is easy…straight forward……largest subject gets to being all the financing being in place…..we'll need the usual credit references and info to get Energy Link established in our customer base. Kathy Revels kathy@ausmanufacturing.com is our office that will help us get started from here………thanks again.

Best Regards,

Jimmy Rich
President
PCI/AUS Manufacturing Company
704 W. Hwy 90
Bonifay, Florida 32425
P: 850-547-1660
F: 850-547-1216
C: 850-415-0300
Email: jimmy@ausmanufacturing.com
Web: http://www.ausmanufacturing.com



5

**From:** Colin Bannon [mailto:Colin.Bannon@energylinkcorp.com]
**Sent:** Thursday, July 18, 2019 11:30 AM
**To:** Jimmy Rich <jimmy@ausmanufacturing.com>
**Cc:** Jeff Wirt <jeff.wirt@energylinkcorp.com>; Jim Johnson <jim.johnson@energylinkcorp.com>; Ken Thompson <ken.thompson@energylinkcorp.com>
**Subject:** New RFQ from Energy Link Corp.

Good afternoon Jimmy,

You may remember me from Innova Global Inc. Unfortunately, Innova Global has closed its operations and a group of former employees are now with Energy Link Corp.

You quoted some ammonia process piping for Innova Global on November 16, 2018. **(See attached file)**

Energy Link has secured an order for 12 SCR Exhaust units. We anticipate releasing purchase orders within the next 3-4 weeks.

Please check your Inbox for the drawing package I sent last November. We urgently need updated pricing for 12 units to be ready to ship within a 5-month period.
Each component of a system should be quoted including the efficiency gains of doing the same component 12 times.

PS. I've attached the GA drawing for your reference, however there are no dimensions for the pipe. Energy Link will supply any items excluded in your quote.

Please reply by Wednesday July 24, 2019.

Thank you,
Colin Bannon
Estimating & Proposals

