# EXHIBIT F

| | |
|---|---|
| **From:** | Kevin Su |
| **Sent:** | Wednesday, January 18, 2023 9:44 AM |
| **To:** | Kevin Graham; Jonathan Auerbach; Craig Story |
| **Cc:** | Philip Chen |
| **Subject:** | Re: EnergyLink's January 12, 2023 letter |

Dear Kevin,

We are in receipt of your letter of January 12, 2023 (sent by email to my attention). Braden is considering the statements and demands made therein, and we will respond in due course. EnergyLink's unilateral deadline of one week (to January 19, 2023) for Braden to respond to your letter, along with EnergyLink's threats of immediate legal action if we do not meet your demands by your deadline, are unreasonable and not conducive to resolving the dispute between the parties, given the substantial rights at issue.

Best regards,
Kevin


**Kevin K. Su :: Principal ::** Fish & Richardson P.C.
One Marina Park Drive, Boston, MA 02210-1878
617 521 7827 direct **::** 617 542 5070 main **::** 617 542 8906 fax

1