IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRADEN GROUP B.V. and BRADEN AMERICAS, INC.<br>   Plaintiffs,<br><br>v.<br><br>ENERGYLINK INTERNATIONAL INC. and ENERGYLINK CORPORATION,<br>   Defendants. | C.A. No. 4:23-cv-00630 |

### [PROPOSED]
### ORDER DENYING DEFENDANTS' MOTION TO DISMISS AND TO STAY

Before this Court is EnergyLink's Motion to Dismiss and to Stay and Braden's response thereto. Having considered the parties' respective briefs, the arguments and positions of the parties, the Court finds that EnergyLink's Motion to Dismiss and to Stay should be **DENIED**.

**IT IS THEREFORE SO ORDERED** that EnergyLink's Motion to Dismiss and to Stay is **DENIED**.

Signed on this the _____ day of _____, 2023.

_____
JUDGE KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE