United States District Court
Southern District of Texas

**ENTERED**

April 06, 2023

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

BRADEN GROUP B.V. and BRADEN
AMERICAS, INC.
          Plaintiffs,

    v.

ENERGYLINK INTERNATIONAL INC. and
ENERGYLINK CORPORATION,
          Defendants.

C.A. No. 4:23-cv-00630

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION
TO SEAL EXHIBITS  TO ITS FIRST AMENDED COMPLAINT**

The Court has considered Plaintiffs Braden Group B.V. and Braden Americas, Inc.'s unopposed motion to seal Exhibits A-2–A-15 and Exhibit K to its First Amended Complaint, as described below:

- Exhibit A-2 is a non-public engineering drawing, No. 10699-CS3400, titled "AIG Piping Arrangement"

- Exhibit A-3 is a non-public engineering drawing, No. 10699-CS3401, titled "AIG Vertical Header Weldment"

- Exhibit A-4 is a non-public engineering drawing, No. 10699-CS3402, titled "Sparger Pipe Weldment"

- Exhibit A-5 is a non-public engineering drawing, No. 10699-CS3403L, titled "Lower Blender Plates Assembly Weldment"

- Exhibit A-6 is a non-public engineering drawing, No. 10699-CS3403R, titled "Upper Blender Plates Assembly Weldment"

- Exhibit A-7 is a non-public engineering drawing, No. 10699-CS3404, titled "Blender Plates Assembly Weldment"

- Exhibit A-8 is a non-public engineering drawing, No. 10699-CS3411, titled "AIG Piping Weldment"

- Exhibit A-9 is a non-public engineering drawing, No. 10699-CS3412, titled "AIG Piping Weldment"

- Exhibit A-10 is a non-public engineering drawing, No. 10699-CS3421, titled "AIG Spool Piping Weldment"

- Exhibit A-11 is a non-public engineering drawing, No. 10699-CS3422, titled "AIG Spool Piping Weldment"

- Exhibit A-12 is a non-public engineering drawing, No. 10699-CS3441, titled "AIG Pipe Sliding Support Weldment"

- Exhibit A-13 is a non-public engineering drawing, No. 10699-CS3442, titled "AIG Pipe Fixed Support Weldment"

- Exhibit A-14 is a non-public engineering drawing, No. 10699-CS3443, titled "AIG Pipe Main Feed Sliding Support Weldment"

- Exhibit A-15 is a non-public engineering drawing, No. 10699-CS3444, titled "AIG Spool Pipe Support Weldment"

- Exhibit K is a non-public document titled, "Purchase and Sale Agreement – Books and Records."

Upon consideration of Plaintiffs' motion, this Court is of the opinion that the motion should be GRANTED.

Signed on this the ___5th___ day of ___April_____, 2023.


_____
JUDGE KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE