IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRADEN GROUP B.V. <br> and BRADEN AMERICAS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ENERGYLINK INTERNATIONAL INC. <br> and ENERGYLINK CORPORATION, <br><br> Defendants. | § § § § § § § § § § § § | Civil Action No. 4:23-cv-00630 <br><br> Judge Keith P. Ellison |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO UNSEAL
EXHIBIT K TO FIRST AMENDED COMPLAINT**

Upon consideration of Defendants' motion to unseal Exhibit K to the first amended complaint (Doc. No. 34-15), IT IS ORDERED that Defendants' motion is GRANTED. The Clerk of the Court is hereby ORDERED to unseal Exhibit K to the first amended complaint.

Ordered this _____ day of _____, 2023.

_____
JUDGE KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE