IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRADEN GROUP B.V. <br> and BRADEN AMERICAS, INC. <br> Plaintiffs <br> <br> v. <br> <br> ENERGYLINK INTERNATIONAL INC. <br> and ENERGYLINK CORPORATION <br> Defendants | § § § § § § § § § § | Civil Action No. 4:23-cv-00630 <br> <br> Judge Keith P. Ellison |

**[PROPOSED] ORDER**

Having considered Defendants EnergyLink International Inc. and EnergyLink Corporation's Motion for Judgment on the Pleadings, or, Alternatively, Motion to Dismiss Count II for Lack of Subject-Matter Jurisdiction, and finding good cause therefor, the Court GRANTS the [Motion for Judgment on the Pleadings] [Motion to Dismiss Count II for Lack of Subject-Matter Jurisdiction]. The Court hereby ORDERS [that judgment is entered for EnergyLink on all of Braden's claims] [that Count II is dismissed for lack of subject-matter jurisdiction].

**IT IS SO ORDERED.**

Dated: _____

_____
**Keith P. Ellison
United States District Judge**