IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRADEN GROUP B.V. and BRADEN AMERICAS, INC.<br>    Plaintiffs,<br><br>v.<br><br>ENERGYLINK INTERNATIONAL INC. and ENERGYLINK CORPORATION,<br>    Defendants. | C.A. No. 4:23-cv-00630 |

**[PROPOSED]
ORDER DENYING DEFENEDANTS' MOTION TO UNSEAL
EXHIBIT K TO FIRST AMENDED COMPLAINT**

Before this Court is EnergyLink's Motion to Unseal Exhibit K to the First Amended Complaint and Braden's response thereto. Having considered the parties' respective briefs, the arguments and positions of the parties, the Court finds that EnergyLink's Motion should be **DENIED**.

Signed on this the _____ day of _____, 2023.

_____
JUDGE KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE